**Opinion issued May 22, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00079-CV

_____

**METROPOLITAN TRANSIT AUTHORITY OF
HARRIS COUNTY, TEXAS, Appellant**

**V.**

**TONI PAYNE, Appellee**

---

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Case No. 2023-09331**

---

## MEMORANDUM OPINION

Appellant, Metropolitan Transit Authority of Harris County, has filed an agreed motion for voluntary dismissal of this restricted appeal, averring that the parties have resolved all matters related to the restricted appeal and the underlying

claims. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.